UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

April 27, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Katharine S. Hayden
U.S. District Court Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Room 311
PO Box 999
Newark, NJ 07101-9971

RE: MARTIN, Robert K.
Dkt. No.: 05-CR-353

**REQUEST TO RELEASE**
**FILE INFORMATION**

Dear Judge Hayden:

On September 12, 2005, the above-mentioned offender appeared before Your Honor for sentencing upon being convicted of bank robbery. Martin was sentenced to seventy-eight months (78) custody. He was placed on supervised release for three (3) years and while on supervised release was ordered to comply with special conditions of drug and mental health aftercare, as well as to cooperate in the submission of a DNA specimen. Lastly, he was ordered to pay a special assessment of $100.

Martin was released from federal custody on March 2, 2010, and has been on supervision with the undersigned officer to date.

On May 21, 2010, the offender was arrested by the FBI and was charged with the law violations of an attempted bank robbery occurring on May 4, 2010, and a bank robbery occurring on May 11, 2010. Martin has remained in continuos federal custody since the aforementioned arrest, with the charges remaining in the compliant stage at the time, under Federal Docket Number 10-07083M.

In connection with the federal charges, law enforcement authorities determined that Martin used a stolen vehicle for the commission of the bank robbery offenses. As such he was charged and prosecuted in Hudson County Superior Court, for the offenses of receiving stolen property (the stolen vehicle), and arson, for when he set the stolen vehicle on fire after the bank robbery.

The undersigned received a letter from Hudson County Master Probation Officer Nancy Domanski on April 20, 2011, advising that Martin pled guilty on March 21, 2011, to the new above-mentioned state offenses. He is scheduled for sentencing on May 6, 2011, before Hudson County Superior Court Judge Paul M. Depascale.

Master Probation Officer Domanski is preparing the pre-sentence report for the upcoming sentencing and is requesting that we provide a copy of the federal pre-sentence report initially prepared for Your Honor, as well as a copy of the federal compliant for the new offenses.

We are respectfully requesting the Court's permission to release the aforementioned documents from the offender's file and have attached the referenced letter for the Court's perusal. If you need further information or the Court would like to discuss this matter in greater detail, we remain available at the Court's convenience.

Very truly yours,

Wilfredo Torres, Chief
U.S. Probation Officer

*Kevin J Mullens*

By: Kevin J. Mullens
    Senior U.S. Probation Officer

Approved  ✓

Denied   _____

*KS Hayden*
The Honorable Katharine S. Hayden, U.S.D.J.

May 3, 2011
Date

/kjm